AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
JUN 0 2 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

|  |  |
|---|---|
| Mark Cantu ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 5:17cv160-XR |
| Commission for Lawyer Discipline et al ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Defendants' motion to dismiss (docket no. 10) is GRANTED. Cantu's claims are barred by the Eleventh Amendment and, in the alternative, the Court finds that abstention is required. Cantu's claims are therefore DISMISSED WITHOUT PREJUDICE. The Clerk is directed to enter judgment accordingly and to close this case.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge** Xavier Rodriguez

Date: 06/02/2017

CLERK OF COURT

_____, Amy Jackson
*Signature of Clerk or Deputy Clerk*